

285 Passaic Street
Hackensack, NJ 07601
tel: 201.282.6500 ext. 254
fax: 201.282.6501
mjringelheim@rclawgroup.com
www.rclawgroup.com

May 30, 2017

**VIA ECF**
Hon. William J. Zloch
U.S.D.J.
US Federal Bldg & Courthouse
299 East Broward Blvd.
Room 202B
Fort Lauderdale, FL 33301

RE:   Notice of Settlement of <u>Irina Muskina v. NCS Plus, Inc.</u>
        Case No. 16-62434-CIV-ZLOCH

Your Honor:

We represent Plaintiff in the above referenced action. We are pleased to report that the parties have reached an agreement to settle this case.

Please enter a ninety day Order allowing for the parties to finalize settlement agreements and payments.

Respectfully submitted,

*/s/Michael Jay Ringelheim*
Michael Jay Ringelheim, Esq.

Cc: VIA ECF: Ashley N. Rector, attorney for Defendant, arector@sessions.legal