UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-62434-CIV-ZLOCH

IRINA MUSKINA,

      Plaintiff,

v.

NCS PLUS, INC.,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 19, 2017

| For Plaintiff Irina Muskina | For Defendant NCS Plus, Inc. |
|---|---|
| */s/ Michael Jay Ringelheim*<br>Michael Jay Ringelheim<br>RC Law Group, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>Ph: 201-282-6501<br>mjringelheim@rclawgroup.com | */s/ Ashley N. Rector*<br>Ashley N. Rector, Esq.<br>Florida Bar No. 0106605<br>Dayle M. Van Hoose, Esq.<br>Florida Bar No. 0016277<br>Sessions, Fishman, Nathan & Israel, L.L.C.<br>3350 Buschwood Park Dr, Ste 195<br>Tampa, FL 33618<br>Telephone: (813) 440-5327<br>Facsimile: (866) 466-3140<br>arector@sessions.legal<br>dvanhoose@sessions.legal |

|  |  |
|--|--|
|  |  |

## CERTIFICATE OF SERVICE

I certify that on July 19, 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael Jay Ringelheim*
Michael Jay Ringelheim

**RC Law Group, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*
