UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62434-CIV-ZLOCH

IRINA MUSKINA,

    Plaintiff,

vs.                     **FINAL ORDER OF DISMISSAL**

NCS PLUS, INC.,

    Defendant.

_____/

THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal (DE 25) filed herein by Plaintiff, Irina Muskina, and Defendant, NCS Plus, Inc. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation Of Dismissal (DE 25) filed herein by Plaintiff, Irina Muskina, and Defendant, NCS Plus, Inc., be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear their own attorneys' fees and costs; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____19th____ day of July, 2017.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:
All Counsel of Record